IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARION BRANDS, LLC | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-6592 |
| | : |
| LLORENS PHARMACEUTICAL | : |
| INTERNATIONAL DIVISION, INC., *et* | : |
| *al.* | : |

## ORDER

AND NOW, this 5th day of June 2018, upon considering Plaintiff's Motion to enforce our July 30, 2015 consent Judgment including for civil contempt and spoliation sanctions against Defendants and Non-Parties Alternative Pharmacal Corporation and Jose Hernandez (ECF Doc. No. 129), the Defendants' and Non-Parties' Oppositions with Defendants' request for sanctions (ECF Doc. Nos. 134, 135), the proposed Findings of Fact and Conclusions of Law (ECF Doc. Nos. 159, 160, 163), after evaluating the credibility of witnesses and admitted exhibits during our evidentiary hearing, and for reasons in the accompanying Findings of Fact and Conclusions of Law, it is **ORDERED**:

1. Plaintiff's Motion (ECF Doc. No. 129) is **DENIED** without prejudice; and,

2. Defendants' request for sanctions in their Opposition (ECF Doc. No. 134) is **DENIED**.

_____
KEARNEY, J.